CASSINAT LAW CORPORATION
JOHN E. CASSINAT - # 131214
RONALD L. CARELLO - # 179238
4815 Laguna Park Drive, Suite C
Elk Grove, CA 95758
Telephone: (916) 393-3030
Facsimile: (916) 393-4238

Attorneys for
Cross-Claimant
THOMAS ALBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JAMES R. ALBERTS and BRIAN CAMERON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RAZOR AUDIO, INC., a Delaware corporation; TOM ALBERTS, individually; JACK CRAWFORD, JR., individually; JACOB JORGENSEN, individually; HENRY MONTGOMERY, individually; and DOES 5 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:10-CV-01215-KJM-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO CROSS-CLAIM**<br><br>Date Cross-Claim Filed:　　February 3, 2011<br><br>Trial Date:  None Set |
| THOMAS ALBERTS, and individual;<br><br>　　　　　　　　　　Cross-Claimant,<br><br>　v.<br><br>JACK CRAWFORD, JR. an individual; JACOB JORGENSEN, an individual; HENRY MONTGOMERY, an individual; VELOCITY VENTURE CAPITAL, LLC, a Delaware Limited Liability Company; VELOCITY VC MANAGEMENT II, LLC, a Delaware Limited Liability Company; VELOCITY VC PARTNERS, II, L.P.; a Delaware Limited Partnership; RAZOR AUDIO, INC., a Delaware Corporation; DLA PIPER, RUDNICK GRAY CARY US, a Limited Liability Partnership; GILLES ATTIA, an individual; DAVID RICHARDSON, an individual; and ROES 1-20;<br><br>　　　　　　　　　　Cross-Defendants. | |

1  This stipulation is entered into by and between Cross-Claimant Thomas Alberts and
2  Cross-Defendants DLA Piper LLP (US), Gilles Attia and David Richardson as follows:
3  WHEREAS, on February 3, 2011, Thomas Alberts filed a Cross-claim in this matter,
4  naming DLA Piper LLP (US), Gilles Attia, and David Richardson;
5  WHEREAS, on February 15, 2011, DLA Piper LLP (US), Gilles Attia, and David
6  Richardson were served with Alberts' Cross-claim;
7  WHEREAS, absent an extension of time, the response of Cross-Defendants DLA Piper
8  LLP (US), Gilles Attia, and David Richardson to the Cross-claim would have been March 8,
9  2011;
10  WHEREAS, on March 1, 2011, Cross-Claimant Alberts agreed to extend Defendants'
11  time to respond to the Cross-claim by 28 days, per E.D. Cal. L.R. 144, thereby extending
12  Defendants' time to respond to April 5, 2011;
13  WHEREAS, the parties are engaged in discussions regarding the matter;
14  WHEREAS, E.D. Cal. L.R. 144 allows for an extension of time greater than 28 days
15  through approval of the Court;
16  WHEREAS, Cross-Claimant Alberts and Cross-Defendants DLA Piper LLP (US), Gilles
17  Attia, and David Richardson agree that the time for Cross-Defendants DLA Piper LLP (US),
18  Gilles Attia, and David Richardson to answer or otherwise respond to the Complaint shall be
19  extended for an additional 30 days—from April 5, 2011 to Thursday, May 5, 2011;
20  WHEREAS, the parties agree that good cause exists for this extension;
21  NOW, THEREFORE, THE UNDERSIGNED PARTIES HEREBY STIPULATE AND
22  AGREE, through their respective counsel of record, that the time for Cross-Defendants DLA
23  Piper LLP (US), Gilles Attia, and David Richardson to answer or otherwise respond to Thomas
24  Alberts' Cross-claim is extended to May 5, 2011.
25  ///
26  ///
27  ///
28

IT IS SO STIPULATED.

Dated:                                                                   CASSINAT LAW CORPORATION

By: _____
JOHN E. CASSINAT
Attorney for Cross-Claimant
THOMAS ALBERTS

Dated:                                                                   KEKER & VAN NEST LLP

By: _____
JAN N. LITTLE
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Attorney for Cross-Defendants
DLA PIPER, GILLES ATTIA and
DAVID RICHARDSON

Upon consideration of the papers on file in this matter and for good cause appearing, the Court hereby ORDERS that:

The time for Cross-Defendants DLA Piper LLP (US), Gilles Attia, and David Richardson to answer or otherwise respond to Thomas Alberts' Cross-claim is hereby extended to May 5, 2011.

**IT IS SO ORDERED**.

Dated:  March 31, 2011.

_____
UNITED STATES DISTRICT JUDGE