LOCKE LORD LLP
Krista J. Dunzweiler (SBN 227384)
kdunzweiler@lockelord.com
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:     916.930.2500
Facsimile:      916.930.2501

Attorneys for Plaintiffs JAMES R.
ALBERTS and BRIAN CAMERON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES R. ALBERTS and BRIAN CAMERON,<br><br>Plaintiffs,<br><br>v.<br><br>RAZOR AUDIO, INC., a Delaware corporation; TOM ALBERTS, individually; JACK CRAWFORD, JR., individually; JACOB JORGENSEN, individually; HENRY MONTGOMERY, individually; and DOES 5 through 10, inclusive,<br><br>Defendants.<br>_____<br>AND RELATED CROSS-CLAIM | Civil Action No. 2:10-CV-01215-TLN-AC<br><br>**STIPULATED REQUEST FOR DISMISSAL; ORDER OF DISMISSAL** |

Plaintiffs, JAMES R. ALBERTS and BRIAN CAMERON, through their counsel of record, Krista Dunzweiler, and Defendants/Cross-Defendants JACK CRAWFORD, JR., JACOB JORGENSEN, and HENRY MONTGOMERY and Cross-Defendants VELOCITY VENTURE CAPITAL, LLC, VELOCITY VC MANAGEMENT II, LLC AND VELOCITY VC PARTNERS II, L.P., through their counsel of record, James Kachmar, hereby agree and stipulate as follows:

///

WHEREAS, the First Amended Complaint (Dkt. # 11) was filed on or about July 22, 2010.

WHEREAS, Defendant Tom Alberts died in late 2012 during the pendency of the action.

WHEREAS, counsel for Defendants Jack Crawford, Jr., Jacob Jorgensen, and Henry Montgomery and Cross-Defendants Velocity Venture Capital, LLC, Velocity VC Management II, LLC and Velocity VC Partners II, L.P filed and served a Statement of Death on December 14, 2012 (Docket No. 61).

WHEREAS, counsel for Tom Alberts subsequently served a copy of the Statement of Death (Docket No. 61) on all parties on January 7, 2013, and has declined to participate in this action since then, including failing to prosecute the cross-claim or to assist with the preparation of the Final Joint Pretrial Conference Statement (Dkt. # 70). [1]

WHEREAS, Plaintiffs did not substitute in the estate of Tom Alberts as a defendant.

WHEREAS, Tom Alberts' estate did not substitute into the action in order to pursue the Cross-Complaint.

WHEREAS, this matter was set to commence trial on June 9, 2014, but was continued to January 26, 2015, due to a conflict with the Court's calendar (Dkt. #91).

WHEREAS, Plaintiffs have reached an agreement with the remaining defendants, Jack Crawford, Jr., Jacob Jorgensen, and Henry Montgomery to resolve their dispute, pursuant to which, Plaintiffs agreed to dismiss the current action, with each party to bear their own attorneys' fees and costs.

IT IS HEREBY REQUESTED THAT the entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), with each party to bear their own fees and costs.

DATED:  September 16, 2014          **LOCKE LORD LLP**

/s/ Krista J. Dunzweiler
KRISTA J. DUNZWEILER, CA SNB 227384
500 Capitol Mall, Suite 1800
Sacramento, CA  95814
kdunzweiler@lockelord.com
Telephone: 916.930.2500
Facsimile:  916.930.2501

Attorneys for Plaintiffs and Cross-Defendants JAMES R. ALBERTS and BRIAN CAMERON

---

[1] Counsel for Tom Alberts declined to participate in this Stipulation.

DATED:  September 16, 2014     **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN, LAW CORPORATION**

/s/ James Kachmar
JAMES KACHMAR, CA SNB 216781
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
jkachmar@weintraub.com
Telephone: 916.558.6000
Facsimile:  916.446.1611

Attorneys for Defendants and Cross-Defendants JACK CRAWFORD, JR., JACOB JORGENSEN and HENRY MONTGOMERY, and Cross-Defendants VELOCITY VENTURE CAPITAL, LLC, VELOCITY VC MANAGEMENT II, LLC AND VELOCITY VC PARTNERS II, L.P.

**ORDER**

IT IS HEREBY ORDERED that the entire action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a), each party to bear their own fees and costs.

Dated: September 16, 2014

_____
Troy L. Nunley
United States District Judge